From: SHEVEL M. FOY 11776031
FCI YAZOO CITY LOW
P.O. BOX 5000
YAZOO CITY, MS 39194

FILED
JUN 01 2020
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

ATT: To: DISTRICT JUDGE JOHN W. Lungstrum
259 U.S. CourtHouse
500 STATE AVENUE
KANSAS CITY, KANSAS 66101

05-26-20

Sir,

Today I am writing you, in regards to the following:

I Shevel M. Foy 11776031, Respectfully request you your Honor, to move on my behalf in fear of being contaminated by Covid-19. Just today 5-26-20, here at the Yazoo City Low, there was a death due to Covid-19. Sir, I write too you asking of your mercy and consideration for Home Confinement under the Cares Act. If not Home Confinement, Compassionate Release. I have been incarcerated since 01-08-08, on a 360 month sentence. A 360 month sentence is not a life sentence. In the stay of my assigned unit, we had at least 15-20 inmates diagnosed with Covid-19, and several others whom were ill including myself. This situation is terrifying and deeming serious Emotional distress. My plea and cry is for action in the safety and longevity of my life from Covid-19. Thank You for even taking the time to hear this Sir. →

Page 1 of 2

SHEVEL M. FOY 11776-031
FCI YAZOO City Low
P.O. BOX 5000
YAZOO CITY, MS 39194

ATT. JUDGE JOHN W. Lungstrum          05-26-20

The testing of temperatures is not enough to test for this silent killer, Covid-19. There is a/an abundance of Cross-Contamination, a lack of P.P.E, sanitizer and a lack of professional handling of this entire Covid-19 situation. What must we do too stay alive during this pandemic. We are at a major limit at what can be done on a personal level to survive this pandemic. I pray for your urgent response and action in this plea for survival.
Thank You for your time and Consideration in this matter.

Sincerely,

Continued                                    Page 2 of 2